# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 4:07CR0511 JCH/TCM |
| ) | |
| DENISE HARDY, DPM, and ) | |
| SOUTH ST. LOUIS ORTHOPEDIC ) | |
| GROUP, INC., ) | |
| ) | |
| Defendants. ) | |

## REPORT AND RECOMMENDATION
## OF UNITED STATES MAGISTRATE JUDGE

In accordance with the Memorandum filed herein,

**IT IS HEREBY RECOMMENDED** that Defendants' Motions to Dismiss Count I for Duplicity [Docs. 20 and 24] should be **DENIED**.

**IT IS FURTHER RECOMMENDED** that Defendant Hardy's Motion to Dismiss Counts I and II because they are multiplicitous [Doc. 24] should be **DENIED**.

**IT IS FURTHER RECOMMENDED** that Defendant Orthopedic Group's Motion to Strike Surplusage [Doc. 21] should be **DENIED**.

The parties are advised that they have eleven (11) days in which to file written objections to this Recommendation and the Memorandum incorporated herein pursuant to 28 U.S.C. § 636(b)(1), unless an extension of time for good cause is obtained, and that failure to file timely objections may result in waiver of the right to appeal questions of fact.

See **Thompson v. Nix**, 897 F.2d 356 (8th Cir. 1990).

/s/ Thomas C. Mummert, III
THOMAS C. MUMMERT, III
UNITED STATES MAGISTRATE JUDGE

Dated this 26th day of October, 2007.