# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
## EASTERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **Case No.  S1-4:07CR0511 JCH/TCM** |
| | ) | |
| **DENISE HARDY, DPM, and** | ) | |
| **SOUTH ST. LOUIS** | ) | |
| **ORTHOPEDIC GROUP, INC.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

## REPORT AND RECOMMENDATION
## OF UNITED STATES MAGISTRATE JUDGE

In accordance with the Memorandum and Order filed herein,

**IT IS HEREBY RECOMMENDED** that Defendants' Motion for a Bill of Particulars

[Doc. 69] be **DENIED**.

The parties are advised that they have eleven (11) days in which to file written

objections to this Recommendation and the Memorandum incorporated herein pursuant to

28 U.S.C. § 636(b)(1), unless an extension of time for good cause is obtained, and that

failure to file timely objections may result in waiver of the right to appeal questions of fact.

See **Thompson v. Nix**, 897 F.2d 356 (8th Cir. 1990).


/s/ Thomas C. Mummert, III
THOMAS C. MUMMERT, III
UNITED STATES MAGISTRATE JUDGE


Dated this 4th day of  November, 2008.